IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, CHRISTOPHER RESENDIZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER RESENDIZ., | ) Case No.: CV 13-1670 SP |
| Plaintiff, | ) |
| vs. | ) ORDER |
| | ) AWARDING EAJA FEES |
| | ) |
| CAROLYN W. COLVIN, ACTING | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY , | ) HON. SHERI PYM |
| | ) UNITED STATES MAGISTRATE |
| Defendant. | ) JUDGE |
| _____ | ) |

       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act
("EAJA") are awarded  in the amount of  THREE THOUSAND NINE
HUNDRED FIFTY DOLLARS ($3,950.00) as authorized by 28 U.S.C. § 2412(d),
and subject to the terms and conditions of the Stipulation.

DATED:  December 2, 2013

                                        _____/s/_____
                                        HON. SHERI PYM
                                        UNITED STATES MAGISTRATE
                                        JUDGE